STATE of Vermont v. Timothy LaFLAM

[570 A.2d 163]

No. 87-604

October 2, 1989. We cannot conclude, on this record, defendant was denied effective assistance of counsel during the hearing on his motion to withdraw his plea. The claim was not raised below. If there is support for such a conclusion, it must be developed in a collateral proceeding. *Berard v. Moeykens,* 132 Vt. 597, 600, 326 A.2d 166, 168 (1974).

*Appeal dismissed.*

STATE of Vermont v. Barrett K. SMITH

[570 A.2d 163]

No. 87-515

October 17, 1989. Defendant was convicted of attempted sexual assault and appealed to this Court. We are now advised that defendant has died.

The motion of defendant's attorney to dismiss the appeal and remand the case to the district court with directions to vacate the conviction and dismiss the information is granted, there being no cognizable collateral consequences. See *United States v. Mollica,* 849 F.2d 723, 725–76 (2d Cir. 1988); *State v. McGuire,* 144 Vt. 648, 475 A.2d 241 (1984) (mem.).

Peck, J., dissenting.